AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICK L. GUZMAN |
| Date | Signature |

Print Name                                                                 Bar Number

Address

City                              State                              Zip Code

Phone Number                                                        Fax Number

1 **ERICK L. GUZMAN**
California State Bar No. 244391
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erick_guzman@fd.org

5 Attorneys for Juan Carlos Anaya-Santana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2280 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| JUAN CARLOS ANAYA-SANTANA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:     August 12, 2008         /s/ Erick L. Guzman
                                                 **ERICK L. GUZMAN**
                                                 Federal Defenders of San Diego, Inc.
                                                 Attorneys for Juan Carlos Anaya-Santana